# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2006

130202

DALE L. SMITH, Next Friend of JUAN
RODELA, JR., a Minor,
           Plaintiff-Appellant,

v

PARENTS & TEACHERS TOGETHER,
a/k/a PATT, and RICK MCNEIL, MELISSA
RENNER and MICHELLE PALPANT,
           Defendants-Appellants,

and

KRISTEN ISOM, JAMES HARTLEY, DEBI
WAGNER, LORI COLE, and JUDY HAYES,
           Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130202
COA: 254876
Lenawee CC: 99-008459-NO

On order of the Court, the application for leave to appeal the November 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2006

s0517

_____
Clerk